STATE OF SOUTH DAKOTA, Respondent, v. KROM, Appellant.

(227 N. W. 841.)

(File No. 6906. Opinion filed December 12, 1929.)

*H. G. Giddings,* of Mitchell, for Appellant.

*M. Q. Sharpe,* Attorney General, and *David M. Rogers,* State's Attorney, of Mitchell, for the State.

PER CURIAM. This cause came on for argument on the 11th day of December, 1929, and the court having heard the argument of counsel and carefully examined the entire record, and finding no error therein, the judgment and order appealed from are affirmed.